# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| RONALD COURTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-1157 |
| | ) | Judge Trauger |
| WALDEN SECURITY, | ) | Magistrate Judge Bryant |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

On September 19, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 36), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendant's Amended Motion to Dismiss (Docket No. 33) is **DENIED AS PREMATURE**.

It is so **ORDERED.**

Enter this 18th day of October 2011.

_____
ALETA A. TRAUGER
U.S. District Judge