**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

RONALD COURTS,                      )

                   )

       Plaintiff,         )

                   )

v.                          )      Civil No. 3:10-1157

                   )      Judge Trauger

WALDEN SECURITY,         )      Magistrate Judge Bryant

                   )

       Defendant.     )

## O R D E R

On September 19, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 36), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendant's Amended Motion to Dismiss (Docket No. 33) is **DENIED AS PREMATURE**.

It is so **ORDERED.**

Enter this 18th day of October 2011.

_____

     ALETA A. TRAUGER
     U.S. District Judge